| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Raymond Perez, Esq. SBN# 116087<br>Law Offices of Raymond Perez<br>5161 Pomona Blvd., Suite 208<br>Los Angeles, CA 90022<br>(323) 685-8060<br>(323) 685-8064 Fax<br>rperezalw.ela@gmail.com | |

☐ Individual appearing without attorney
☒ Attorney for: Rosita Bello

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Rosita Bello<br><br><br>Debtor(s). | CASE NO.: 2:22-bk-14943-WB<br>CHAPTER: 13<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br>(with supporting declarations)<br><br>DATE: 10-4-22<br>TIME: 10:00 am<br>COURTROOM: 1375 |
|---|---|

**Movant:** Rosita Bello

1. NOTICE IS HEREBY GIVEN to _Selene Finance, LP & BSI Financial Services_
(Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☒ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

3. ☒ a. This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 1        F 4001-1.IMPOSE.STAY.MOTION

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

[X] b. This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: [ ] at the hearing [X] at least _7_ days before the hearing.

  (1) [X] An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

  (2) [ ] An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

  (3) [ ] An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: 09/14/2022

Law Offices of Raymond Perez
Printed name of law firm (if applicable)

Raymond Perez, Esq.
Printed name of individual Movant or attorney for Movant

_/s/ Ray Pry_
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 4001-1.IMPOSE.STAY.MOTION

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** Rosito Bello

1. **The Property or Debt at Issue:**
   a. ☒ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☐ Vehicle (*describe year, manufacturer, type, and model*):
      Vehicle Identification Number:
      Location of vehicle (*if known*):

      ☐ Equipment (*describe manufacturer, type, and characteristics*):
      Serial number(s):

      Location (*if known*):

      ☐ Other Personal Property (*describe type, identifying information, and location*):

      ☒ Real Property
      Street Address: 6128-6134 Gallant St.
      Apt./Suite No.:
      City, State, Zip Code: Bell Gardens, CA 90201
      Legal description or document recording number (include county of recording):

      ☒ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) Selene Finance, L.P. Attn: Bankruptcy Department, P.O. Box 422039, Houston, TX 77042

   to secure the sum of approximately $ 813,232.00                       now owed. (Secured Creditor/Lessor).
   Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

   b. ☒ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☒ Movant moves for an order **imposing a stay** *as to all creditors.*

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor,* and/or

   e. ☐ Movant moves for an order continuing the **automatic stay** *as to all creditors.*

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed concerning the present case on (*specify date*): 10/03/2021

   b. ☐ An Order of Conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*specify date*):

   c. ☐ Plan was confirmed on (*specify date*):

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                          F 4001-1.IMPOSE.STAY.MOTION

d. Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: Rosita Bello
   Case number: 21-bk-17694-WB
   Date filed: 10/03/2021
   Chapter: 13
   Date dismissed: 8/25/2022
   Relief from stay re this Property  ☐ was  ☒ was not granted
   Reason for dismissal: Dismissed almost a year of plan payments for failure of plan payemnt due to loss of tenant.

2. Case name:
   Case number:
   Date filed:
   Chapter:
   Date dismissed:
   Relief from stay re this Property  ☐ was  ☐ was not granted
   Reason for dismissal:

☐ See attached continuation page

e. ☒ As of the date of this motion the Debtor ☒ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. § 521(a)(2). If a statement of intentions has been filed, Debtor ☒ has ☐ has not performed as promised therein.

f. ☒ The first date set for the meeting of creditors under 11 U.S.C. § 341(a) is/~~was~~ 10/20/2022 and the court ☐ has ☒ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C. § 521(a)(2). The extended date (*if applicable*) is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§ 362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

   a) 1. Property description/value: 6128-6134 Gallant St.         $ 600,000.00
      2. Creditor/Lien amount: Selene Financial                    $ 813,232.00
      3. Creditor/Lien amount: _____                     $ _____
      4. Creditor/Lien amount: _____                     $ _____
      5. Creditor/Lien amount: _____                     $ _____
      6. Total Liens                                               $ _____
      7. Debtor's Homestead Exemption                              $ _____
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)  $ _____

   b) 1. Property description/value: 1638 Langtry Lane, L.A, CA 90077  $ 4,000.00
      2. Creditor/Lien amount: Los Angeles County Tax Collector       $ 21,852.96
      3. Creditor/Lien amount: _____                        $ _____
      4. Creditor/Lien amount: _____                        $ _____
      5. Creditor/Lien amount: _____                        $ _____
      6. Total Liens                                                  $ _____
      7. Debtor's Homestead Exemption                                 $ _____
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)  $ _____

   ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    F 4001-1.IMPOSE.STAY.MOTION

4. **Grounds for Continuing The Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

   1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

      A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

      B. ☒ Good faith is shown because
      See Declaration of Brad Bello, son of Debtor, and who maintains power of attorney for Debtor in this Bankruptcy action, detailing the loss of a tenant; and now has a new tenant.

      ☐ See attached continuation page

   2. ☒ The Property is of consequential value or benefit to the estate because:

      A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (*describe separately as to each property*);

      B. ☒ The Property is necessary to a reorganization for the following reasons:
      The property contains 2 single family homes and 1 duplex units.  Debtor resides in one single family home as her primary residence and the other three total units can produce rental income, to sustain Debtor;s liabilities and the Chapter 13 repayment plan.

      ☐ See attached continuation page

      C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):

      ☐ See attached continuation page

   3. ☒ The presumption of a bad faith filing under 11 U.S.C. § 362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

      A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§ 362(i);
      B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
      C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:

      ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                           Page 5                                  F 4001-1.IMPOSE.STAY.MOTION

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____

_____

☐ See attached continuation page

E. ☒ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because: Debtor expects that income could increase by $6,000 once the 3 units are rented at full value. See Declaration of Brad Bello.

☐ See attached continuation page

F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons:

_____

_____

☐ See attached continuation page

4. ☒ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§ 362(c)(3)(C)(ii) is overcome in this case because Debtor is attempting to address all obligation in full with a feasible plan that commits available disposable income with a step up that continues to commit all available rental income.

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C. § 362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 6                              F 4001-1.IMPOSE.STAY.MOTION

2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

_____
_____
_____

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (*describe Movant's proposal for adequate protection*):

_____
_____
_____

☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

2. ☐ Good faith is shown because:

_____
_____
_____

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§ 362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

_____
_____
_____

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 7    F 4001-1.IMPOSE.STAY.MOTION

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____
_____

(from which the court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons:

_____
_____
_____
_____

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because

_____
_____
_____

☐ See attached continuation page(s)

6. **Evidence in Support of Motion:** (*Important Note: Declaration(s) in support of the Motion MUST be attached hereto.*)

    a. ☒ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
    b. ☐ Other Declaration(s) are also attached in support of this Motion.
    c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____
    d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this court issue an Order Imposing a Stay and granting the following (*specify forms of relief requested*):**

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 8    F 4001-1.IMPOSE.STAY.MOTION

2. [X] That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. [ ] That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. [ ] That a Stay be imposed as to all creditors until further order of the court.

5. [ ] That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. [ ] That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. [ ] For adequate protection of the Secured Creditor/Lessor by (*specify proposed adequate protection*)
_____
_____
_____

8. [ ] For other relief requested, see attached continuation page.

Date: 09/14/2022

Respectfully submitted,

_____
Movant name

Law Offices of Raymond Perez
Firm name of attorney for Movant (if applicable)

*/s/ Ray Pz*
Signature

Raymond Perez, Esq.
Printed name of individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I, Raymond Perez, am the Attorney of Movant. I have read the foregoing motion consisting of 9 pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/14/2022 | Raymond Perez, Esq. | */s/ Ray Pz* |
|---|---|---|
| Date | Printed name of declarant | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## **DECLARATION OF BRAD BELLO**

I, Brad Bello, submit this declaration in support of Debtor's Motion to Impose Automatic stay and declare as follows:

1. I have Power of Attorney over Rosita Bello, the Debtor in this matter and whom is also my mother.

2. The facts stated herein are from my own personal knowledge, unless otherwise stated upon information and belief, and as to such facts I believe them to be true. If called as a witness, I could and would competently testify to the facts stated herein.

3. On 9/9/22 a chapter 13 bankruptcy filed for my Mother, Rosita Bello, number 22-14943-WB the present matter.

4. Prior to this bankruptcy, a Chapter 13 Petition with case no. : 21-17694-WB was filed in this Court on 10/3/21 and dismissed 8/25/22 as the Chapter 13 plan could not be confirmed. due to inability to meet payment obligations under the proposed plan.

5. Debtor has the following Real Properties in which are concern to impose a stay:

a. 6128-6134 Gallant Street Bell Gardens, Ca 90201. A non-judicial foreclosure is last Scheduled 9/26/22.

b. 1638 Langtry Lane Los Angeles, Ca 90077, is a vacant lot and was under a "power to sell" by the Los Angeles County Tax Collector on 10/4/21. As of the time of this motion, it is unknown when the new auction date is postponed to.

6. Debtor has the following properties in which Debtor can produce income, but which was previously affected by COVID.

a. One lot known as 6128-6134 Gallant Street Bell, CA 90201, which consists of two single family residences and one duplex unit.

b. 6128 Gallant (hereafter "Unit1") ; Debtor and I reside in this unit as our primary residence.

c. 6130 Gallant Street (hereafter "Unit 2") is a single-family home that is currently vacant. The unit required repairs, of which were completed in March 2020. The unit is ready to be rented at approximately $2400 per month

d. 6132 Gallant Street (hereafter "Unit #3) is one of the duplex units. It originally had a long-term tenant paying $1500.00 with subtenants. However, the master tenant vacated the premise and during COVID, the remaining subtenants are paying only $950.00 per month due to COVID guideline and restrictions. Debtor believes that rent for this unit can be restored to $2400.00.

e. 6134 Gallant Street (hereafter "Unit #4) is vacant currently, but listed at $2400.00 monthly. There is a tenant ready to move in.

f. The aforementioned vacant Units currently have applicants interested in renting. We anticipate both being rented soon.

7. In addition to the above rental income, Debtor also generates annual income from royalty payments for a Windmill Farm on real property with APNs as follows L 427-160-10-007, 427-160-13-00 and 160-13-00-6, located in Mojave, California. County of Kern.

8. The windmill Royalty provides an annual income of approximately $50,000,00 payable in June of each year.

9. Of this royalty payment, a minimum of $20,000.00 is payable to Lily Burton, who holds a secured interest on the property. This secured interest resulted from a loan by Lily Burton to avoid a foreclosure of the premises upon which the windmills operate.

1  10. Previously, I, Brad Bello, as an individual, am able to contribute my income in the amount

2  of $3,500.00 to Debtor's household. This is an increase from before.

3  11. Due to the significant reduction in income and restrictions to rent out the units due to the

4  COVID pandemic, last year, the previous Ch. 13 bankruptcy proposed payments plans could be

5  met. However, Debtors believes a feasible plan can be proposed and as income is restored.

6

7  12. Debtor believes her income will increase significantly due to restoring rental income and

8  contribution from Brad Bello. Debtor is proposing in her plan to pay $552.00 for the first 12

9  months and then step-up to $4152.00 for the remaining 48 months. This step up will.

10  I declare under penalty of perjury that the foregoing is true and correct. Executed this

11  14th day of September 2022 at Los Angeles, California.

12

13  _____
    Brad Bello

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

10. Previously, I, Brad Bello, as an individual, am able to contribute my income in the amount of $3,500.00 to Debtor's household. This is an increase from before.

11. Due to the significant reduction in income and restrictions to rent out the units due to the COVID pandemic, last year, the previous Ch. 13 bankruptcy proposed payments plans could be met. However, Debtors believes a feasible plan can be proposed and as income is restored.

12. Debtor believes her income will increase significantly due to restoring rental income and contribution from Brad Bello. Debtor is proposing in her plan to pay $552.00 for the first 12 months and then step-up to $4152.00 for the remaining 48 months. This step up will.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September 2022 at Los Angeles, California.

Brad Bello

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5161 Pomona Blvd., Suite 208
Los Angeles, CA 90022

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 09/14/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Nancy K. Curry, Trustee - ecfnc@trustee13.com
Sean C. Ferry - sferry@raslg.com
U.S. Trustee- ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 09/14/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia Brand, 255 E. Temple St., Suite 1382, Los Angeles, Ca. 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 9/14/22, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Selene Finance LP
ATTN: Bankruptcy Dept.
P.O. Box 422039
Houston, TX 77042

Servis One, Inc. dba BSI Financial Services
5716 Corsa Ave., #110
Westlake Village, Ca. 91362

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/14/2022 | Lillian Paniagua | /s/ Lillian Paniagua |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Rosita Bello
6128 Gallant Street
Bell Gardens, CA 90201


Chris T. Nguyen
Law Office of Chris T. Nguyen, APC
16152 Beach Blvd
Suite 200
Huntington Beach, CA 92647


Designed Receivable Solutions
PO Box 4115
Concord, CA 94524


Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812


IRS
PO BOX 24017
Fresno, CA 93779-4017


Kern County Tax Collector
1115 Truxtun Ave., 2d Floor
Bakersfield, CA 93301


Lily Burton
144 Reno Street
Los Angeles, CA 90028


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054

Pinyon Pines Wind I, LLC
666 Grand Avenue, Suite 500
Des Moines, IA 50309


Selene Finance Lp
Attn Bankruptcy
PO Box 422039
Houston, TX 77042